[No. 6756–7–I.   Division One.   February 4, 1980.]

ALBERT S. BOWRY, ET AL, *Appellants,* v. GOLDEN WEST HOMES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 840744, Horton Smith, J., entered June 13, 1978. *Affirmed* by unpublished opinion per James, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 6974–8–I.   Division One.   February 4, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD CHARLES STEWARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86473, David C. Hunter, J., entered September 28, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Williams, J.

[No. 7133–5–I.   Division One.   February 4, 1980.]

CURT E. LUNDQUIST, *Appellant,* v. EGON DREWS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 829450, Jack P. Scholfield, J., entered October 17, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Williams, J., and Soderland, J. Pro Tem.